PD-1333-15          DATE 10-26- 2015

Dear Clerk

(1) Would your office please file the
two documents that are requesting
one of time objection from the state
(P.D.R)

(2) and the respondant requesting that
this here court would file the P.DR
of copies to the state on behalf of
the respondant prose in his case he
indigent the court would not provided
the copies here on this unit of
clements law library

Thank you
x Isaac Lampkins #1912325

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk


FILED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

ESAW LAMPKIN
    RESPONDENT
        V
THE STATE OF TEXAS

Petition in Cause No. 42.897-B
From the 124th Judicial District
District Court of Gregg
County, TEXAS

1.                    OBJECTION
To: THE Petitioner Request Because there
WAS Undecovered Evidence of Mental History
RECORDS That Trial Counsel Failed. to investigate

(2)
Grounds For Relief Herein
THE medical RECORDS is evidence in determining
Whether PreJudict Occurred "Trial counsel Failed"
To investigate of His client "mental Health History"
of "TREATMENT" in House care at MHMRI

3) "Grounds For Relief Herein"
THE BURDEN OF A PARTY TO OFFER timely OBJection
THE Trial counsel Had concern about RESPONdants
mental Health Befor Trial But did "Nothging"

4) "Grounds For Relief Herein"
THE UNITED states constitution states in the
states Amendment in relevant Part:
in all criminal Prosecutions. THE Accused shall...
Have the Assistance" of counsel. For His defence
THE Texas Constitution in ARTicle (1) section 10 state
in Relevant Part: in "criminal Prosecutions"
THE Accused shall... Have THE right of being
"Heard" BY Himself (or) counsel or Both...
ARTicle 1.051 (A) TEX. CODE Crim. Proc states in
Relvant Part
    THE medical RECORDS OF Trial RECORD" is A
Factural Proof of Evidence of "mitigating Evidence"
        SEE Attachment Page (2)

(5) GROUNDS FOR RELIEF

THE TRIAL COURT OF RECORDS Failed: To obtain THE medical RECORDS OF His clients mental Health "History" THE FACTUAL Finding OF That evidence are Findings IN THE RECORDS and motion at the NEW TRIAL OF APPellant counsel

see case LAW cite AT menefield V. state. 363 S.W.3d 591. 592, Tex CRIM. APP (2012) A "Claimant IN A "criminal" Defendant. HAS THE BURDEN OF showing. BY A TRUE "Prepondenance" of THE "Evidence" That His Failed To "invistigate "Providing mitigatory" Evidence" The RECORD Raise That Those claims of mitigating Evidence as well AS Raise claim. of client "mental Health" THE APPellent RECORDS must "AFFirmatively demonstrate" Their merits

(A) CLAimant IN A "Criminal "Defendant Has THE "BURDEN" OF showing. BY A Preponderance of the EVidence

(6) "Grounds For RElief"
IN evaluating TRial: counsels alleged "ineffectiviess" Failing To discover. and "Present mitigating" Evidence of mental Health History. THE court "Performed any "investigation"

(7) "Grounds For RELIEF"
UNDER Strick Land V. Washington 466 U.S. 668. 687-88 (1984) claims of ineffectiveness Are Firmly Founded IN THE RECORD and THE "Records must AFFIRMatively" demonstrate Good speed V. State, 187 S.W.3d. 390. 392 Tex. CIRM APP (2005)

SEE ATTachment

8)
**GROUNDS FOR RELIEF**

see case Law cite at Bone V State.77 s.w.3d 828,835
Tex. CRIM APP 2002 Failure To satisfy either Prong
"Negaths AI"REVIEWING", courts need to consider"
Ex Parte Martinez 330 s.w.891,901 Tex.crim APP.2001

9) Grounds For Relief

see case Law cite at ORTIZ V. state 93 s.w.3d 79 88-89
Tex. CRIM APP-12 0021 WHEN TRIAL COUNSEL REASONS do not
APPEAR in RECORD, APPELLATE court should not Find
deficient "PREFORMANCE" UNLESS "challenged conduct"
was so outRageous That NO COMPETENT ATTORNEY"
would Have engaged: in it Garcia V. state 757 s.w.3d 436
440 Tex CRIM APP.2001

10 Grounds For Relief Herein

wail THE JURY- was out At RE-sit time
THE TRIAL "ATTORENEY "Engaged in "misconduct"
WHEN He mislead His client once THE Jury
came BAck From RE-sit counselor Handed
OVER To His client AI LETTER To Take THE
WITNESS stand. and REAde AI LETTER To That
JURY after READING That Letter Jury Found
RESPONDENT Guilty and sentence to 99 YEARS
There was NO coR Accident in This case

(11) grounds For Relief

Absolutely THE TRIAL COUNSELOR "Action was unFiar"
and THE Existence of "PreJudice where counsel" Failed
To INVESTIGATE oR "present: mitigating EVIDENCE"
see milburn V. state,15 S.W.3d.262 Tex APP. Houston
14th Dist 2000 Pet Refd

GROUNDS FOR REVIEW

THE SIXTH COURT of APPeals in its resolution of THE
APPeals. issued its "Published OPinion" and Judgment"
affirming in Part and reversed in Part in all Respects
see Attach Page

## CERTIFICATE OF SERVICE

I Hereby CERTIFY That A TRUE and Correct COPY OF THE foregoing OBJections Against THE State (P.D.R) are Timely File in THE court OF criminal APPEALS OF TEXAS P.D.BOX 12308. CAPitol STATION, AUSTIN, TX 78711 PLACed. in THE state PRISON Legal mail Box AT CLEMENTS UNIT 9601 SPUR 591 AMARiIlo TX 79107

x Esaw Lampkin #1912325
x Esaw Lampkin

RESpondant state To the courts That He HAS Been RECEIVING Legal ASSistance HelP. FROM THE LawLibrary OFFender guidance Legal HELP.

SEE Case Law cite ot HAINES V. KERNER At 404 U.S. 519_520 (1972) FURTHER At SUPRa 520 OF PROSE Complaints ArE "Held to LESS STINGENT" "STAndArds" Than "Formal PLEADINSS DrAFTed" By LAWYERS REzFEd Hughes Vs. ROWE 499 U.S.5 (9) (10) (1980)

THE APPellant Attorenet counslen Are not Filing THE claimant make His OBJective Time

x Esaw Lampkin # 1912325

2.                                    DATE 10-26-2015

C O A NO. 06-14-00024-CR

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

ESAW LAMPKIN PRO SE                  PD-1333-15
RESPONDENT                       TR. CT. NO. 42,897-B
        V
THE STATE OF TEXAS

NOTICE

2. TO: THE COURT CLERKS THE STATES PETITION
FOR DISCRETIONARY REVIEW REQUIRES TEN
COPIES OF THIS DOCUMENT TO BE FILED IN THIS
OFFICE WITHIN (3) DAYS PURSUANT TO Rule 9.3 (B)
Grounds For Relief
DEAR CLERKS OFFICER THE Petitioner Hercin
Are indigent in His case and THE unit
state LAWLibrary OFFicials will not allow
are will Provide (A) ~~state~~ (A) indigent
client. FREE COPIES OR Legal FOR (A)
PRO SE FILINGS are ACCESS TO COURT

(2) "Grounds For Relief" Herein

THE RESPONDENT At this timely REQUEST on
10-26-2015 REQUEST That This court would
Provid RESPONDENT with THE ACCESS To
10 TEN COPIES of This Document. To THE
COURT FOR REVIEW are indigent and THE
UNIT'S LawLibrary would not Provide These
COPYIES

see ATTachment Pages

X Esaw Lampkin PRO SE

DATE 10-26-2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A) True and correct copy of THE Foregoing Notice To THE court that THE Respondent is Indeed indigent in this case and cant AFFORD 10 copies of state petition For "Discretionary" Review And Request the court clerk To Provide the indient client. Providing copies the clements Law Library will not Provide This copies 10 Documents ACCESS To court:

x Esaw Lampkin Pro Se
x Esaw LAMPKIN #1912325

REQUESTING THE Appellant court To Provide Respondant copies of 10 Document copies Statement that is Facts Are True in This case True and correct.

x Esaw Lampkin prose,
x Esaw LAMPKIN #1912325